IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:21-CR-00434-M-10

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DEVAN CHRISTOPHER,

    Defendant.

ORDER

This matter comes before the court on the Defendant's pro se motion for compassionate release [DE 1010], her counseled memorandum in support (DE 1049), and the United States' response in opposition to the motion (DE 1053). Defendant seeks an early release from imprisonment based upon her own rehabilitation and her parents' deteriorating health. The United States opposes the motion, arguing that Defendant fails to demonstrate an extraordinary and compelling reason supporting an early release.

According to the briefs, Defendant was scheduled for release from incarceration on April 26, 2025. The record in this case indicates that Defendant's supervised release term, which commenced April 25, 2025, has been transferred to the Southern District of Georgia. DE 1072.

Given these circumstances, on October 23, 2025, the court issued an order for the Defendant to show cause why her motion should not be denied as moot. DE 1094. Nothing was filed in response.

Accordingly, because it appears that the court can no longer grant the requested relief,

Defendant's pro se motion for compassionate release [DE 1010] is DENIED AS MOOT.

SO ORDERED this ___15th___ day of April, 2026.

Richard E Myers II

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE

2